# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

    Case No. 24-CR-372-SEH

ARTHUR EDWARD SUAREZ JR.,
ET AL.,

       Defendants.

## ENTRY OF APPEARANCE

The United States of America, by Reagan V. Reininger, Assistant United States Attorney for the Northern District of Oklahoma, hereby enters her appearance as counsel to prosecute the forfeiture matters of the case for the United States of America.

    Respectfully submitted,

    CLINTON J. JOHNSON
    UNITED STATES ATTORNEY

    */s/ Reagan V. Reininger*
    REAGAN V. REININGER, OBA #22326
    Assistant United States Attorney
    110 West Seventh Street, Suite 300
    Tulsa, OK   74119
    Telephone: (918) 382-2700
    Email:   reagan.reininger@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2024, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

/s/    *Caytlynn Jeffries-Swoveland*
CAYTLYNN JEFFRIES-SWOVELAND, Data Analyst