IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ARTHUR EDWARD SUAREZ, JR.,<br>KENDRA DEANNE SINGLETARY,<br>DANA MICHAELLE STOKES,<br>TONEY EUGENE BAHE,<br>NATHAN ALLEN LEWELLING,<br>KENNETH WAYNE TONEY,<br>OSMAN ROLANDO SANCHEZ,<br>KAYLA MARISA BRADFORD,<br>JEREMY NATHANIEL STAGE,<br><br>    Defendants. | Case No. 24-CR-0372-SEH |

### Notice of Related Cases

Pursuant to Local Criminal Rule 7.2(a), the United States Attorney for the Northern District of Oklahoma gives the Clerk of this Court notice that *United States v. Arthur Suarez Jr., et al.,* Case No. 24-CR-372-SEH is related to the following cases: *United States v. Tony Bahe,* Case No. 24-CR-0364-SEH and *United States v. Toney,* Case No. 24-CR-0370-JFH. Mr. Bahe and Mr. Toney are indicted in Case No. 24-CR-372-SEH and their respective separate cases either directly or indirectly connect to Case No. 24-CR-372-SEH.

At the time of this filing, there were current federal arrests warrants for Osman Sanchez and Jeremy Stage.

Respectfully submitted,

CLINTON J. JOHNSON
United States Attorney

*/s/ Mandy M. Mackenzie*
Mandy M. Mackenzie, WABA #55836
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
(539) 900-4000

**Certificate of Service**

I hereby certify that on this 28th day of January, 2025, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Katherine Grubel<br>*Defense Counsel for Suarez Jr.* | Andrew Casey<br>*Defense Counsel for Toney* |
| Taylor McLawhorn<br>*Defense Counsel for Singletary* | Kara Pratt<br>*Defense Counsel for Lewelling* |
| Jason Perkins<br>*Defense Counsel for Stokes* | Collin Rockett<br>*Defense Counsel for Bradford* |
| Michael Noland<br>*Defense Counsel for Bahe* | |

*/s/ Mandy M. Mackenzie*
Mandy M. Mackenzie
Assistant United States Attorney
